```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEROME THOMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-364-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: December 17, 2009 |
| JEROME THOMAS, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JEROME THOMAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, October 22, 2009, be continued to Thursday, December 17, 2009, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 17, 2009,

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).

4  DATED: October 15, 2009        Respectfully submitted,
5                                 DANIEL J. BRODERICK
                                   Federal Defender
7                                 /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
8                                  Attorney for Defendant
                                   JEROME THOMAS

10 DATED: October 15, 2009        LAWRENCE G. BROWN
11                                 United States Attorney

12                                /s/ Benjamin Galloway for
                                   MARY GRAD
13                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff

17                               **O R D E R**

18   **IT IS SO ORDERED.**  Time is excluded from today's date through and
19 including December 17, 2009, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
21 T4.

   Dated: October 20, 2009

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

**2**