1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JEROME THOMAS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,    )    No. 2:09-cr-00364-MCE
12                              )
                 Plaintiff,     )
13                              )
            v.                  )    **STIPULATION AND ORDER**
14                              )
   JEROME THOMAS,               )    DATE:  January 28, 2010
15                              )    TIME:  9:00 a.m.
                 Defendant.     )    JUDGE: Hon. Morrison C. England Jr.
16                              )
   _____ )
17

18

19      It is hereby stipulated and agreed to between the United States of

20  America through MARY GRAD, Assistant U.S. Attorney, and defendant,

21  JEROME THOMAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant

22  Federal Defender, that the status conference set for Thursday, December

23  10, 2009, be continued to Thursday, January 28, 2010, at 9:00 a.m..

24      The reason for this continuance is to allow defense counsel

25  additional time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  ///

28  ///

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for January 28, 2010,

3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to

4  prepare] (Local Code T4).

5

6  DATED: December 7, 2009         Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /S/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   JEROME THOMAS
11

12
   DATED: December 7, 2009         BEN WAGNER
13                                 United States Attorney

14                                 /s/ Benjamin Galloway for
                                   MARY GRAD
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17                           **O R D E R**

18    **IT IS SO ORDERED.**  Time is excluded from today's date through and

19  including January 28, 2010, in the interests of justice pursuant to 18

20  U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code

21  T4.

22
    Dated: December 8, 2009
23

24  _____

25  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
26

27

28

**2**