```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEROME THOMAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-364-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 3, 2010 |
| JEROME THOMAS, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Morrison C. England Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JEROME THOMAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, March 11, 2010, be continued to Thursday, June 3, 2010, at 9:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 3, 2010,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 8, 2010          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              JEROME THOMAS

DATED: March 8, 2010          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MARY GRAD
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 3, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE