DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEROME THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>       v.                   )<br>                            )<br> JEROME THOMAS,             )<br>                            )<br>            Defendant.      )<br> _____) | Cr.S. 09-364-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 14, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

   It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JEROME THOMAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, September 23, 2010, be continued to Thursday, October 14, 2010, at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 14, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 20, 2010          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JEROME THOMAS


DATED: September 20, 2010    BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MARY GRAD
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 14, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: September 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**