DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JEROME THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00364-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| JEROME THOMAS, | ) | DATE: December 2, 2010 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England Jr. |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through MARY GRAD, Assistant U.S. Attorney, and defendant, JEROME THOMAS, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, November 18, 2010, be continued to Thursday, December 2, 2010, at 9:00 a.m..

   This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 2, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 16, 2010        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                JEROME THOMAS


DATED: November 16, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                MARY GRAD
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 2, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE