UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>  v.<br><br>JEROME THOMAS,<br><br>       Defendants,<br>_____ / | No. 2:09-cr-00364-MCE<br><br>**ORDER REGARDING SENTENCING MEMORANDA** |

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

///
///
///
///
///

1 The parties are cautioned that if any sentencing memoranda
2 is filed late, the judgment and sentencing date may be
3 vacated and the matter continued.
4     IT IS SO ORDERED.

Dated: April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE