UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)  Case No. 2:09CR00364-MCE
         Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
JEROME THOMAS, )
)
         Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEROME THOMAS__, Case No. __2:09CR00364-MCE__, Charge __Supervise Release Violation__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)    __Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __February 24, 2017__ at __2:20p.m.__ .

By  /s/ Allison Claire/s/ Allison Claire
   Allison Claire
   United States Magistrate Judge

Copy 2 - Court